**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

KEVIN WUTHERICH,          )
                                  )
                 Plaintiff,      )     Civil Action No. 18-200
                                  )
                    v.         )     Judge Cathy Bissoon
                                  )     Magistrate Judge Maureen P. Kelly
RICE ENERGY INC,         )
                                  )
                Defendant.    )

**<u>JUDGMENT ORDER</u>**

FINAL JUDGMENT hereby is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.  This case has been marked closed.

IT IS SO ORDERED.


June 8, 2020                           s\Cathy Bissoon       
                                         Cathy Bissoon
                                         United States District Judge

cc (via ECF email notification):

All Counsel of Record